**Fill in this information to identify the case:**

Debtor 1    Harold David Gabaldon

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of Georgia

Case number    14-11126

Official Form 410S1

# Notice of Mortgage Payment Change     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust

**Court claim no.** (if known): 7-1

**Last 4 digits** of any number you use to identify the debtor's account: 4 5 2 5

**Date of payment change:**
Must be at least 21 days after date of this notice    06/01/2019

**New total payment:**    $ 1,861.14
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 493.69     New escrow payment: $ 515.12

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %     New interest rate: _____ %

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Official Form 410S1     Notice of Mortgage Payment Change     page 1

Debtor 1  **Harold David Gabaldon**
First Name    Middle Name    Last Name

Case number (if known) 14-11126

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ D. Anthony Sottile
Signature

Date 04/23/2019

Print: **D. Anthony Sottile**
First Name    Middle Name    Last Name

Title **Authorized Agent for Creditor**

Company  Sottile & Barile, LLC

Address  394 Wards Corner Road, Suite 180
Number    Street

Loveland                OH    45140
City                    State    ZIP Code

Contact phone  513-444-4100

Email  bankruptcy@sottileandbarile.com

SN Servicing Corporation                                           Final
323 FIFTH STREET
EUREKA, CA  95501
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:   April 12, 2019

HAROLD GABALDON                                                                                    Loan:
MARCELA GABALDON
371 HICKORY GROVE RD
LEESBURG GA  31763                                Property Address:
                                                  371 HICKORY GROVE ROAD
                                                  LEESBURG, GA  31763

## Annual Escrow Account Disclosure Statement
## Account History

This is a statement of actual activity in your escrow account from Sept 2018 to May 2019.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Jun 01, 2019: |
|---|---|---|
| Principal & Interest Pmt: | 1,346.02 | 1,346.02 |
| Escrow Payment: | 493.69 | 515.12 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $1,839.71 | $1,861.14 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Jun 01, 2018 |
| Escrow Balance: | 423.33 |
| Anticipated Pmts to Escrow: | 5,924.28 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $6,347.61 |

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 0.00 | 566.43 |
| Sep 2018 | | 493.69 | | | * | 0.00 | 1,060.12 |
| Sep 2018 | | (493.69) | | | * | 0.00 | 566.43 |
| Sep 2018 | | 493.69 | | | * | 0.00 | 1,060.12 |
| Oct 2018 | | 493.69 | | | * | 0.00 | 1,553.81 |
| Oct 2018 | | 470.36 | | | * Escrow Only Payment | 0.00 | 2,024.17 |
| Oct 2018 | | | | 2,437.00 | * Homeowners Policy | 0.00 | (412.83) |
| Nov 2018 | | 493.69 | | | * | 0.00 | 80.86 |
| Nov 2018 | | 1,182.53 | | | * Escrow Only Payment | 0.00 | 1,263.39 |
| Nov 2018 | | | | 3,744.38 | * County Tax | 0.00 | (2,480.99) |
| Dec 2018 | | 493.69 | | | * | 0.00 | (1,987.30) |
| Jan 2019 | | 493.69 | | | * | 0.00 | (1,493.61) |
| Feb 2019 | | 493.69 | | | * | 0.00 | (999.92) |
| Feb 2019 | | 53.42 | | | * Escrow Only Payment | 0.00 | (946.50) |
| Mar 2019 | | 493.69 | | | * | 0.00 | (452.81) |
| Mar 2019 | | 382.45 | | | * Escrow Only Payment | 0.00 | (70.36) |
| Apr 2019 | | 493.69 | | | * | 0.00 | 423.33 |
| | | | | | Anticipated Transactions | 0.00 | 423.33 |
| Apr 2019 | 5,430.59 | | | | | | 5,853.92 |
| May 2019 | 493.69 | | | | | | 6,347.61 |
| | $0.00 | $11,962.56 | $0.00 | $6,181.38 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Page 1

Last year, we anticipated that payments from your account would be made during this period equaling $0.00.  Under Federal law, your lowest monthly balance should not have exceeded $0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

**(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

SN Servicing Corporation
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:  April 12, 2019

HAROLD GABALDON                                                                                   Loan:

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
| | | | Starting Balance | 6,347.61 | 3,605.77 |
| Jun 2019 | 515.12 | | | 6,862.73 | 4,120.89 |
| Jul 2019 | 515.12 | | | 7,377.85 | 4,636.01 |
| Aug 2019 | 515.12 | 2,437.00 | Homeowners Policy | 5,455.97 | 2,714.13 |
| Sep 2019 | 515.12 | | | 5,971.09 | 3,229.25 |
| Oct 2019 | 515.12 | | | 6,486.21 | 3,744.37 |
| Nov 2019 | 515.12 | | | 7,001.33 | 4,259.49 |
| Dec 2019 | 515.12 | 3,744.38 | County Tax | 3,772.07 | 1,030.23 |
| Jan 2020 | 515.12 | | | 4,287.19 | 1,545.35 |
| Feb 2020 | 515.12 | | | 4,802.31 | 2,060.47 |
| Mar 2020 | 515.12 | | | 5,317.43 | 2,575.59 |
| Apr 2020 | 515.12 | | | 5,832.55 | 3,090.71 |
| May 2020 | 515.12 | | | 6,347.67 | 3,605.83 |
| | $6,181.44 | $6,181.38 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of $1,030.23.  A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs.  Under Federal law, your lowest monthly balance should not exceed $1,030.23 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is $6,347.61.  Your starting balance (escrow balance required) according to this analysis should be $3,605.77.  This means you have a surplus of $2,741.84. **(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly.  As the loan is delinquent, we will not be sending a check for the surplus.

We anticipate the total of your coming year bills to be $6,181.38.  We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

Page 3

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | 515.12 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $515.12 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated**

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

| | |
|---|---|
| In Re: | Case No. 14-11126 |
| Harold David Gabaldon<br>  *fdba* Gabaldon Enterprises, Inc.<br>  *fdba* Georgia Recovery Bureau<br>  *aka* David Gabaldon<br>  *aka* Harold D. Gabaldon | Chapter 13 |
| Debtors. | Judge Austin E. Carter |

## CERTIFICATE OF SERVICE

I certify that on April 23, 2019, a copy of the foregoing Notice of Mortgage Payment Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    T. Lee Bishop, Jr., Debtor's Counsel
    tleealbany@gmail.com

    Kristin Hurst, Chapter 13 Trustee
    ecf@ch13trustee.com

    Office of the United States Trustee
    ustp.region21.mc.ecf@usdoj.gov

I further certify that on April 23, 2019, a copy of the foregoing Notice of Mortgage Payment Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Harold David Gabaldon, Debtor
    P.O. Box 71491
    Albany, GA 31708

| | |
|---|---|
| Dated: April 23, 2019 | /s/ D. Anthony Sottile |
| | D. Anthony Sottile |
| | Authorized Agent for Creditor |
| | Sottile & Barile, LLC |
| | 394 Wards Corner Road, Suite 180 |
| | Loveland, OH 45140 |
| | Phone: 513.444.4100 |
| | Email: bankruptcy@sottileandbarile.com |